UNITED STATES BANKRUPTCY COURT
DISTRICT OF NH      FILED

2010 DEC -9 P 2:32

CLERK OF THE
BANKRUPTCY COURT

In re: Tanya Hathaway,
Appellant Debtor

Case No. NH. b-14330-JMD

Chapter 13

Address: 23 Fortune La
P O Box 643
Newbury, NH 03255

Last 4 digits of SS# 3572

A Designation of Items to be Included on Appeal

Please see attached Court docket for highlighted items designated on the record Appeal

APPEAL, PROSE

# U.S. Bankruptcy Court
## District of New Hampshire Live Database (Manchester)
### Bankruptcy Petition #: 10-14330-JMD

*Date filed:* 10/06/2010

*Assigned to:* Judge J. Michael Deasy
Chapter 13
Voluntary
Asset

*Debtor*
**Tanya Hathaway**
PO Box 643
Newbury, NH 03255
SSN / ITIN: xxx-xx-3572
*aka*
**Tanya Hathaway-Mattos**
*aka*
**Tanya Mattos**

represented by **Tanya Hathaway**
PRO SE

*Trustee*
**Lawrence P. Sumski**
Trustee
1000 Elm Street
10th Floor
Manchester, NH 03101
(603) 626-8899

*U.S. Trustee*
**Office of the U.S. Trustee**
1000 Elm Street
Suite 605
Manchester, NH 03101
(603) 666-7908

| Filing Date | # | Docket Text |
|---|---|---|

| | | |
|---|---|---|
| 10/06/2010 | 1 | Chapter 13 Voluntary Petition . Fee Amount $274 Filed by Tanya Hathaway Exhibit D to Petition due by 10/20/2010. Statement of Financial Affairs due by 10/20/2010. Schedules A-J due by 10/20/2010. Declaration re Debtor Schedules due by 10/20/2010. Summary of Schedules due by 10/20/2010. Statistical Summary of Certain Liabilities due by 10/20/2010. Means Test Form due by 10/20/2010. Notice to Consumer DB-B201 due by 10/20/2010. Chapter 13 Plan due by 10/20/2010. Incomplete Filings due by 10/20/2010. (Attachments: # 1 Verified Statement of List of Creditors, List of Creditors) (jtp) (Entered: 10/06/2010) |
| 10/06/2010 | 2 | Certificate of Credit Counseling Filed by Debtor Tanya Hathaway (jtp) (Entered: 10/06/2010) |
| 10/06/2010 | 3 | Emergency Motion to Extend the Automatic Stay Filed by Debtor Tanya Hathaway (jtp) (Entered: 10/06/2010) |
| 10/06/2010 | 4 | Meeting of Creditors & Notice of Appointment of Interim Trustee Lawrence P. Sumski with 341(a) meeting to be held on 11/15/2010 at 02:30 PM at Room 702, Seventh Floor, 1000 Elm Street, Manchester, NH. Confirmation hearing to be held on 12/17/2010 at 09:00 AM. Proofs of Claim due by 02/14/2011. Government Proof of Claim due by 04/04/2011. Objections for Discharge due by 01/14/2011. (Entered: 10/06/2010) |
| 10/06/2010 | 5 | Notice to Debtor to File Schedules, Statements and/or Plan. Certain schedules, statements and/or the Chapter 13 plan were not filed with the voluntary petition and are required to be filed by the date indicated under Federal Rule of Bankruptcy Procedure 1007 and Local Bankruptcy Rule 1007-1. Failure to file the documents required by 11 U.S.C. Section 521(a)(1) will result in this case being automatically dismissed in accordance with |

| | | |
|---|---|---|
| | | Administrative Order 1007-8(a). Failure to file the documents not listed under 521(a)(1) but required by Local Bankruptcy Rule 1007-1 will result in the scheduling of an order to show cause hearing. (RE: related document(s) 1 Voluntary Petition (Chapter 13) filed by Debtor Tanya Hathaway). Case to be Dismissed Unless Conditions Met on or before 11/19/2010. Exhibit D to Petition due by 10/20/2010. Statement of Financial Affairs due by 10/20/2010. Schedules A-J due by 10/20/2010. Declaration re Debtor Schedules due by 10/20/2010. Summary of Schedules due by 10/20/2010. Statistical Summary of Certain Liabilities due by 10/20/2010. Means Test Form due by 10/20/2010. Notice to Consumer DB-B201 due by 10/20/2010. Chapter 13 Plan due by 10/20/2010. Incomplete Filings due by 10/20/2010. (jtp) (Entered: 10/06/2010) |
| 10/06/2010 | | Receipt of Chapter 13 Filing Fee - $274.00 by JP. Receipt Number 00103034. (admin) (Entered: 10/06/2010) |
| 10/07/2010 | 6 | Hearing Scheduled (RE: related document(s) 3 Motion to Extend the Automatic Stay filed by Debtor Tanya Hathaway). Hearing scheduled for 11/3/2010 at 09:00 AM at Courtroom 2 (JMD), 1000 Elm Street, 11th Floor, Manchester, NH. (cfc) (Entered: 10/07/2010) |
| 10/07/2010 | 7 | Verified Statement re: Debtor's Matrix, List of Creditors Filed by Debtor Tanya Hathaway (jtp) (Entered: 10/07/2010) |
| 10/07/2010 | 8 | Court Certificate of Service (RE: 4 Meeting of Creditors & Notice of Appointment of Interim Trustee Lawrence P. Sumski). (jtp) (Entered: 10/07/2010) |
| 10/07/2010 | 9 | AMENDED Meeting of Creditors AMENDED to add AKA of Tanya Mattos. (jtp) (Entered: 10/07/2010) |

| | | |
|---|---|---|
| 10/08/2010 | 10 | BNC Certificate of Mailing Service Date 10/08/2010. (Related Doc # 5 ) (Admin.) (Entered: 10/09/2010) |
| 10/08/2010 | 11 | BNC Certificate of Mailing - Meeting of Creditors Service Date 10/08/2010. (Related Doc # 4 ) (Admin.) (Entered: 10/09/2010) |
| 10/09/2010 | 12 | BNC Certificate of Mailing - Hearing Service Date 10/09/2010. (Related Doc # 6 ) (Admin.) (Entered: 10/10/2010) |
| 10/09/2010 | 13 | BNC Certificate of Mailing - Meeting of Creditors Service Date 10/09/2010. (Related Doc # 9 ) (Admin.) (Entered: 10/10/2010) |
| 11/03/2010 | 14 | Order Denying Motion to Extend the Automatic Stay(Related Doc # 3 ) Signed on 11/3/2010. (jtp) (Entered: 11/03/2010) |
| 11/03/2010 | 15 | Court Certificate of Service (RE: 14 Order Denying Motion to Extend the Automatic Stay). (jtp) (Entered: 11/03/2010) |
| 11/05/2010 | 16 | BNC Certificate of Mailing - PDF Document Service Date 11/05/2010. (Related Doc # 14 ) (Admin.) (Entered: 11/06/2010) |
| 11/17/2010 | 17 | Notice of Appeal to District Court. Receipt Number 103116, Fee Amount $ 255 Filed by Debtor Tanya Hathaway (RE: related document(s) 14 Order on Motion to Extend the Automatic Stay) Appellant Designation due by 12/1/2010. (jtp) (Entered: 11/17/2010) |
| 11/17/2010 | 18 | Statement of Election to District Court Filed by Debtor Tanya Hathaway (RE: related document(s) 17 Notice of Appeal filed by Debtor Tanya Hathaway) (jtp) (Entered: 11/17/2010) |
| 11/17/2010 | 19 | Court's Certificate of Mailing of Appeal. Date |

| | | |
|---|---|---|
| | | copies mailed: 11/17/10 Copies mailed to: Tanya Hathaway, HSBC Bank, NBC Management Svcs, Inc. Susan Cody, Ocwen Federal Bank. Date copies electronically mailed: 11/17/10 Copies electroncially mailed to Office of the U.S. Trustee, Lawrence P. Sumski (RE: related document(s) 17 Notice of Appeal filed by Debtor Tanya Hathaway, 18 Statement of Election to District Court filed by Debtor Tanya Hathaway). (jtp) (Entered: 11/17/2010) |
| 11/17/2010 | 20 | Notice to Appellant re: Notice of Appeal. The following items need to be filed within 14 days of 11/17/10. (1)Designation of Items on Appeal, (2) Statement of Issues, (3) Written Request for Transcript and (4) Copies of all documents designated. (RE: related document(s) 17 Notice of Appeal filed by Debtor Tanya Hathaway). (Attachments: # 1 Certificate of Service) (jtp) (Entered: 11/17/2010) |
| 11/17/2010 | 21 | Court Certificate of Service (RE: 20 Notice to Appellant re: Notice of Appeal) (jtp) (Entered: 11/17/2010) |
| 11/17/2010 | | Receipt of Appeal Filing Fee - $255.00 by CW. Receipt Number 00103116. (admin) (Entered: 11/17/2010) |
| 11/19/2010 | 22 | Certificate of Credit Counseling Filed by Debtor Tanya Hathaway (jtp) (Entered: 11/22/2010) |
| 11/19/2010 | 23 | Chapter 13 Plan Filed by Debtor Tanya Hathaway (RE: related document(s) 5 Notice to File Missing Documents (Chapter 13)) Confirmation hearing to be held on 12/17/2010 at 09:00 AM at Courtroom 2 (JMD), 1000 Elm Street, 11th Floor, Manchester, NH. Last day to Object to Confirmation 12/3/2010. (jtp) (Entered: 11/22/2010) |
| 11/19/2010 | 25 | Exhibit D to Petition, Statement of Financial Affairs, Schedules A-J Filed., Declaration re: |

| | | |
|---|---|---|
| | | Debtor's Schedules, Chapter 13 Statement of Current Monthly and Disposable Income (Form 22C), Summary of Schedules, Statistical Summary of Certain Liabilities, Notice to Individual Consumer Debtor Filed by Debtor Tanya Hathaway (Attachments: # 1 Schedules Part 2) (jtp) (Entered: 11/22/2010) |
| 11/22/2010 | 24 | **Entered in Error**Exhibit D to Petition, Statement of Financial Affairs, Schedules A-J Filed., Declaration re: Debtor's Schedules, Chapter 13 Statement of Current Monthly and Disposable Income (Form 22C), Summary of Schedules, Statistical Summary of Certain Liabilities, Notice to Individual Consumer Debtor Filed by Debtor Tanya Hathaway (RE: related document(s) 5 Notice to File Missing Documents (Chapter 13)) (Attachments: # 1 Schedules part 2) (jtp) Modified on 11/22/2010 Incorrect filing date listed (pfpadmin). (Entered: 11/22/2010) |
| 11/22/2010 | 26 | Corrective Entry Docket Entry 24 will be marked Entered in Error due to incorrect filing date. Document has been redocketed as number 25(RE: related document(s) 24 Exhibit D to Petition filed by Debtor Tanya Hathaway, Statement of Financial Affairs, Schedules A-J, Declaration re: Debtor's Schedules, Chapter 13 Statement of Current Monthly and Disposable Income, Summary of Schedules, Statistical Summary of Certain Liabilities, Notice to Individual Consumer Debtor). (jtp) (Entered: 11/22/2010) |
| 12/03/2010 | 27 | Motion To Stay Pending Appeal Filed by Debtor Tanya Hathaway (jtp) (Entered: 12/03/2010) |
| 12/03/2010 | 28 | Order Denying Motion To Stay Pending Appeal (Related Doc # 27 ) Signed on 12/3/2010. (jtp) (Entered: 12/03/2010) |
| 12/03/2010 | 29 | Court Certificate of Service (RE: 28 Order Denying Motion To Stay Pending Appeal). (jtp) |

| | | |
|---|---|---|
| | | (Entered: 12/03/2010) |
| 12/05/2010 | 30 | BNC Certificate of Mailing - PDF Document Service Date 12/05/2010. (Related Doc # 28 ) (Admin.) (Entered: 12/06/2010) |
| 12/07/2010 | 31 | 341 Meeting of Creditors Held and Adjourned. Debtor(s) sworn.*12/6/10* Filed by Trustee Lawrence P. Sumski (RE: related document(s) 4 Meeting of Creditors (Chapter 13)) (Sumski, Lawrence) (Entered: 12/07/2010) |

## CERTIFICATION OF MAILING

FILED
2010 DEC -9 P 2: 32
CLERK OF THE
BANKRUPTCY COURT

I, Tanya Hathaway, certify that I have mailed the following documents to the below referenced parties via first class mail on 12/9/10
① Designation of Items + ② Statement of Issues,

NBC Management
PO Box 1099
Langhorne, PA 19047

HSBC Bank
PO Box 90082
Salinas, CA 93912

Susan Cody, Esq.
Korde & Assoc.
21 Billerica Rd Ste 210
Chelmsford, MA 01824

Ocwen Fed Bank
Bankruptcy Dept
1850 Ingenuity Dr
Orlando, FL 32826

Signed
[signature]
prose
Tanya Hathaway