# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW HAMPSHIRE

In re:  BK No. 10-14330-JMD
Chapter 13

Tanya Hathaway,
        Debtor(s)

## ORDER OF THE COURT

Hearing Date: 11/3/2010 9:00 AM

Nature of Proceeding: Doc# 3 Emergency Motion to Extend the Automatic Stay Filed by Debtor Tanya Hathaway (jtp)

Outcome of Hearing: DENIED

IT IS SO ORDERED:

/s/ J. Michael Deasy      11/3/2010
_____
J. Michael Deasy
Bankruptcy Judge