UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Tanya Hathaway, a/k/a Tanya Hathaway-Mattos;
a/k/a Tanya Mattos

Civil No. 10-cv-599-JL

O R D E R

On December 28, 2010, the above-captioned bankruptcy appeal was filed. Pursuant to the Notice of Docketing Bankruptcy Appeal docketed on December 29, 2010, the parties were to file briefs in accordance with the deadlines established in B.R. 8009. No further filings have been made in this case since the December 29th Notice.

Pursuant to LR 77.4(c)(3), failure to comply with the briefing deadlines may result in the dismissal of the appeal for lack of prosecution. Therefore, this case is ordered dismissed.

SO ORDERED.

March 8, 2011

_____
Joseph N. Laplante
United States District Judge

cc:   Tanya Hathaway, pro se
      Lawrence Sumski, Esq.
      Geraldine Karonis